**CLOSED**
DATE:

FILED
JUN 20  2 40 PM '00

EASTERN AT FRESNO
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

PAUL J. MARTINEZ,              )         CV-F-00-5124-REC-SMS-P
                               )
         Plaintiff,            )
                               )
vs.                            )         **ORDER ADOPTING FINDINGS AND**
                               )         **RECOMMENDATIONS**
CORCORAN STATE PRISON,         )         (Doc. 5)
et al.,                        )
                               )
         Defendants.           )
_____)

   Plaintiff, Paul J. Martinez ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On April 27, 2000, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. The parties have not filed timely objections to the Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
2  and Local Rule 73-305, this Court has conducted a _de novo_ review of
3  this case. Having carefully reviewed the entire file, the Court
4  finds the Findings and Recommendations to be supported by the
5  record and by proper analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1.  The Findings and Recommendations, filed April 27, 2000,
8  are ADOPTED in full; and,

9  2.  This action is DISMISSED based on plaintiff's failure to
10 obey the court's order of March 3, 2000.

12 DATED: June 14, 2000

ROBERT E. COYLE,
UNITED STATES DISTRICT JUDGE

United States District Court
for the
Eastern District of California
June 21, 2000

* * CERTIFICATE OF SERVICE * *

1:00-cv-05124

Martinez

   v.

Corcoran State Pris

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 21, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

REC SMSP

Paul J Martinez
C-97594
CSP-5
Corcoran State Prison
PO Box 3481
Corcoran, CA  93212

Morris Lenk
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664


Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk